Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. CV 09-1924 WHA** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SONIA M. MORENO and ALFREDO M. MORENO, individually and d/b/a EL PUENTE MEXICAN RESTAURANT** |
| **vs.** | |
| **Sonia M. Moreno, et al.,** | |
| **Defendants.** | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants SONIA M. MORENO and ALFREDO M. MORENO, individually and d/b/a EL PUENTE MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against SONIA M. MORENO and ALFREDO M. MORENO, individually and d/b/a EL PUENTE MEXICAN RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

**IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 15, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.


Dated: July 30, 2009

_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.


Dated: July 31, 2009

_____
**LAW OFFICES OF IRMA P. CORDOVA**
By: Irma P. Cordova
Attorneys for Defendants ALFREDO M. MORENO
and ALFREDO M. MORENO, individually and d/b/a
EL PUENTE MEXICAN RESTAURANT


**IT IS SO ORDERED.**

IT IS SO ORDERED
Judge William Alsup

_____       Dated: _____August 7, 2009_____
**The Honorable William H. Alsup**
**United States District Court**
**Northern District of California**


STIPULATION OF DISMISSAL
ED CV 09-1924 WHA
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 30, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SONIA M. MORENO and ALFREDO M. MORENO, individually and d/b/a EL PUENTE MEXICAN RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Irma P. Cordova, Esquire                    Attorneys for Defendants
LAW OFFICES OF IRMA P. CORDOVA
90 South E Street, Suite 200
Santa Rosa, CA 95404

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 30, 2009, at South Pasadena, California.

Dated: July 30, 2009

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
ED CV 09-1924 WHA
PAGE 3